RUSSELL ROBINSON and GORDON MILLER, Respondents, v. TRIANGLE MECHANICAL LABORATORIES CORPORATION, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the motion was not made within ten days after the service of the answer, as required by rule 109 of the Rules of Civil Practice. (*Hale* v. *Hirsch*, 205 App. Div. 308.) This disposition is, of course, without prejudice to the plaintiffs' right at the trial to move to dismiss the affirmative defense and counterclaim as insufficient in law. (Civ. Prac. Act, § 279.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LERNER STORES CORPORATION, Appellant, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK, for a Determination of the Method by Which Hammersley Avenue and Fenton Avenue, in the Borough of The Bronx, Shall Be Carried Across the Tracks of the NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant. THE CITY OF NEW YORK and TRANSIT COMMISSION, Respondents.*— Order affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ARTHUR S. JACKSON and Others, Respondents, v. MAX COHEN, Defendant, Impleaded with HERMAN B. BARUCH and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

AGNES G. CRAWFORD, Respondent, Appellant, v. SHERMAN W. CRAWFORD, Appellant, Respondent.— Judgment affirmed, with costs to the plaintiff. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EUGENE GRUEN, Doing Business as GRUEN ENGINEERING COMPANY, Respondent, v. WILLIAMS OIL-O-MATIC HEATING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GUIDO ORLANDO, Respondent, v. LUCILLE WYLDE, Appellant.— Order affirmed, with twenty dollars costs and disbursements. (See *Monica Realty Corp.* v. *Bleecker*, 229 App. Div. 184.) Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Estate of MICHAEL WINBURN, Deceased.— Decree affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EDITH HUNTER and GEORGE HUNTER, Respondents, v. MURCO CORPORATION, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FLORENCE WILSON, Appellant, v. TUDOR OPERATING CORPORATION and Another, Respondents: VINCENT L. WILSON, Appellant, v. TUDOR OPERATING CORPORATION and Another, Respondents.— Judgments reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdicts are against the weight of the evidence. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

* Appeal dismissed, 264 N. Y. 463.